# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2019

157355

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ROBERT MONYA GREEN,
    Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 157355
COA: 334880
Wayne CC: 16-003081-FC

_____/

      On order of the Court, the application for leave to appeal the January 23, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2019

Clerk

p0911